UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



2009 APR 22 P 2: 22

GEORGE ARTHUR BRUMFIELD (DOC # 129996)   CIVIL ACTION

VERSUS                                    NUMBER 08-419-FJP-DLD

STATE OF ALABAMA, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be DISMISSED, without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April ⎯22⎯, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45838